

## U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Brooks E. Doyne*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*        main: (973) 645-2700
*Newark, NJ 07102*                   direct:(973) 297-4390
*Brooks.Doyne@usdoj.gov*

May 26, 2026

**BY ECF**
Hon. Brian R. Martinotti, U.S.D.J.
Frank R. Lautenberg Post Office and Courthouse
2 Federal Square
Newark, NJ 07102

> **Re:   *Tubon v. Mullin, et al.,* No. 26-5894 (BRM)**
> **Petitioner's Release**

Dear Judge Martinotti:

This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's May 25, 2026, Text Order, ECF No. 3. U.S. Immigration and Customs Enforcement confirmed that it released Petitioner on May 25, 2026, at approximately 7:45 p.m., under the same conditions that existed prior to detention, with property/funds. We therefore respectfully request that the Court close this case.

We thank the Court for its attention to this matter.

SO ORDERED.

*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: MAY 27, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Brooks E. Doyne*
      BROOKS E. DOYNE
      Assistant United States Attorney
      *Attorneys for Respondents*

cc:   Counsel of record (via *electronic filing*)